UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NANYUAN SHIPPING CO. LTD.,          :
                                    :
                          Plaintiff    :    08 Civ. 5551 (RMB)
                                    :
        - against -               :
                                    :    **ADMINISTRATIVE ORDER**
CHORUS SHIPPING,                    :
                                    :
                         Defendant.   :
------------------------------------------------------------x

       Plaintiff is hereby directed report to the Court on the status of the above-entitled action by phone (in lieu of appearing in person) on July 16, 2008 at 11:15 a.m.

       The Court will establish a conference call by calling Plaintiff shortly before 11:15 a.m. Plaintiff's counsel is directed to provide the Court with an updated phone number by Tuesday, July 15, 2008 (noon).

**SO ORDERED**.

Dated: New York, New York
          July 14, 2008

                                              *Richard M. Berman*
                                              **Richard M. Berman, U.S.D.J.**

