UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NANYUAN SHIPPING CO. LIMITED,

                Plaintiff,

    - against -

CHORUS SHIPPING CO. LTD.,

                Defendant.
-----------------------------------------------------------X

08 Civ. 5551 (RMB)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2008

### ORDER TO UNSEAL CASE

This Court ordered on June 19, 2008, pursuant to Plaintiff's motion that this case be sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       July 15, 2008

SO ORDERED

_____
Hon. Richard M. Berman
United States District Judge