MILLER & WRUBEL P. C.

ATTORNEYS

250 PARK AVENUE

NEW YORK, NEW YORK 10177-0699

(212) 336-3500



# MEMO ENDORSED
## P. 2

WRITER'S DIRECT NUMBER

(212) 336-3504
E-mail
cjacob@mw-law.com

FACSIMILE
(212) 336-3555

July 16, 2008



**BY HAND**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
40 Centre Street, Courtroom 706
New York, NY 10007

> Re:    *Nanyuan Shipping Co. Limited v. Chorus Shipping Co. Ltd.,*
> *No. 08-civ-5551 (RMB)*

Dear Judge Berman:

We represent UBS AG ("UBS"), a garnishee that has been served with process of maritime attachment and garnishment pursuant to Supplemental Rule B, in this action. Funds of defendant Chorus Shipping Co. Ltd. at UBS, in the amount of $33,737.49, were attached on June 26, 2008.

Pursuant to Rule B(3)(a) of the Supplemental Rules, UBS may deposit the attached funds into the registry of this Court. To facilitate this deposit with the Clerk, UBS requests that the Court enter the enclosed Order. (An original of the Order has been submitted to the Orders and Judgments Clerk.)

Plaintiff's counsel has informed us that plaintiff does not oppose entry of this Order. Defendant has not appeared in this action.

Subsequent to UBS' restraint of funds pursuant to the writ in this action, on July 3, 2008, UBS was served with similar maritime process in *Wagenborg Shipping B.V. v. Chorus Shipping Co. Ltd.*, 08-cv-6130 (PAC), providing for restraint of funds of the same defendant. Accordingly, we are copying Kirk Lyons, counsel to Wagenborg Shipping B.V., on this letter for informational purposes.

MILLER & WRUBEL P. C.

Hon. Richard M. Berman
July 16, 2008
Page 2

Respectfully submitted,

Charles R. Jacob III

cc:   Coleen A. McEvoy, Esq.
      (Counsel for Plaintiff – by e-mail w/ encl.)

      Kirk M.H. Lyons, Esq.
      (Counsel for Wagenborg Shipping B.V. – by e-mail w/ encl.)

Rule B allows for 2 options to the garnishee. An order of the Court selecting 1 option does not appear necessary.

SO ORDERED:
Date: 7/29/08
Richard M. Berman, U.S.D.J.